```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                              Criminal No. 04-cr-190-2-PB

Amanda Chase


**O R D E R**

On May 16, 2008, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on five (two of which are new) alleged violations of conditions of supervision.  The violations were not contested for purposes of probable cause.  I therefore find probable cause to hold her for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that she will not flee and that she poses no danger to any other person or to the community.  Ms. Chase is a danger.  She has shown a willingness to drink and drive and more recently, to drink with her husband and ride with him after his license was revoked.  She has an alcohol problem. She is a danger to the community.  There are no conditions which are likely to assure her presence and the safety of the community.

I recommend that she be admitted to the Strafford County House of Correction treatment program.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ James R. Muirhead
　　　　　　　　　　　　　　　　　　　James R. Muirhead
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date: May 16, 2008

cc:   Daniel D. Lustenberger, Esq.
      Mark E. Howard, Esq.
      Mark S. Zuckerman, Esq.
      U.S. Marshal
      U.S. Probation